# EXHIBIT A

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of <u>Georgia </u>during the year(s) <u>2021</u>.

**Signature:** [signed on original]

Name: <u>      Edwin Job Aguilar Roblero                    </u>

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

**YO, POR LA PRESENTE, DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de <u>Georgia,</u> durante el(los) año(s) <u>2021</u>.

**Firma:**

Nombre: <u>Edwin Job Aguilar Roblero</u>

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of  Georgia during the year(s) 2021.

**Signature:** _____[signed on original]_____

Name: _____Jose Antonio Cruz Hernandez_____

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

**YO, POR LA PRESENTE, DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de Georgia, durante el(los) año(s) 2021.

**Firma:** _____

Nombre: Jose Antonio Cruz Hernandez

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of Georgia during the year(s) 2021.

**Signature:** [signed on original]

Name: Marcos Flores Reyes

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

**YO, POR LA PRESENTE, DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de Georgia, durante el(los) año(s) 2021.

**Firma:** Marcos Reyes

Nombre: Marcos Flores Reyes

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of Georgia during the year(s) 2021.

**Signature:** [signed on original]

Name: Victorino Hernandez Hernandez

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

**YO, POR LA PRESENTE, DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respecto al trabajo que hice en el(los) Estado(s) de Georgia, durante el(los) año(s) 2021.

Firma:

Nombre: Victorino Hernandez Hernandez

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of  Georgia during the year(s) 2021.

**Signature:** _____[signed on original]_____

Name: ____Joel Hernandez Ramos_____


## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

**YO, POR LA PRESENTE, DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de Georgia, durante el(los) año(s) 2021.

**Firma:** _____

Nombre: ____Joel Hernandez Ramos____

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of  Georgia during the year(s) 2021.

**Signature:** _____[signed on original]_____

Name: _____Neymaelin Lopez Matias_____

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

**YO, POR LA PRESENTE DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de Georgia durante el(los) año(s) 2021.

**Firma:** _____

Nombre: Neymaelin Lopez Matias

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum

wage provisions of the Fair Labor Standards Act with respect to labor I performed in the

State(s) of  Georgia during the year(s) 2021.


[signed on original]

**Signature:** _____

Name: _____
Agustin Miguel Felix



## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

**YO, POR LA PRESENTE, DOY CONSENTIMIENTO** a ser partido

Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de

Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de

Georgia, durante el(los) año(s) 2021.

**Firma:** _____

Nombre: Agustin Miguel Felix

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum

wage provisions of the Fair Labor Standards Act with respect to labor I performed in the

State(s) of  Georgia during the year(s) 2021.


**Signature:** [signed on original]
_____

Name: _____
Rosenaldo Valentin Rodriguez Vazquez


## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

**YO, POR LA PRESENTE, DOY CONSENTIMIENTO** a ser partido

Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de

Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de

Georgia, durante el(los) año(s) 2021.

**Firma:** 

Nombre: Rosenaldo Valentin Rodriguez Vazquez

## <u>NOTICE OF CONSENT TO SUE</u>

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of  <u>Georgia </u>during the year(s) <u>2021</u>.

**Signature:** _____[signed on original]_____

Name: _____Emmanuel Romero Grajales_____

## <u>NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR</u>

**YO, POR LA PRESENTE, DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto a trabajo que hice en (los) Estado(s) de <u>Georgia</u>, durante el(los) año(s) 2021.

Firma: _____

Nombre: Emmanuel Romero Grajales

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of  Georgia during the year(s) 2021.

**Signature:** _____[signed on original]_____

Name: _____David Rubio Hernandez_____

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

**YO, POR LA PRESENTE, DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de Georgia, durante el(los) año(s) 2021.

**Firma:** _____

Nombre: David Rubio Hernandez

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum

wage provisions of the Fair Labor Standards Act with respect to labor I performed in the

State(s) of  Georgia during the year(s) 2021.

**Signature:** _____[signed on original]_____

Name: _____Erick Zavala Hernandez_____

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

**YO, POR LA PRESENTE, DOY CONSENTIMIENTO** a ser partido

Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de

Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de

Georgia, durante el(los) año(s) 2021.

**Firma:** _____

Nombre: Erick Zavala Hernandez