# EXHIBIT B

## Initial Reimbursement Expenses

Dates of need: 1/10/2021- 10/10/2021

Case No.: H-300-20302-890520

USCIS #: <u>WAC: IOE8107735208</u>

To whom it may concern:

The purpose of this letter is to inform you that all the travel expenses acquired from Country of origin to the State of Georgia for the job offer have been reimbursed in full. These expenses include: lodge, transportation, and visa rights. If you have any questions, please contact the employer.

Visa $

Process /Lodging /meals$

Transportation $

Reimbursement Amount: $

A quien pueda interesar:

El propósito de esta carta es para informarle de que todos los gastos de viaje adquiridos por el país de origen al Estado de Georgia para la oferta de trabajo se han reembolsado en su totalidad. Estos gastos incluyen: albergue, transporte y derechos de visado. Si usted tiene alguna pregunta, por favor póngase en contacto con el empleador.

Visa $ 190

Proceso/Alojamiento /Biaticos $ 85

Transporte $ 170

Cantidad de Reembolso: $445

Edwin Job   Aguilar Roblero                    15/02/21
Employee/Trabajador       Date/Fecha

                                              02-15-21
Employer/Patron       Date/Fecha

*Con mi firma en este formulario le estoy asegurando que toda la información sea exacta y se me ha reembolsado con todos los gastos y no se me debe dinero por mi empleador.*

## Initial Reimbursement Expenses

Dates of need: 1/10/2021- 10/10/2021

Case No.: H-300-20302-890520

USCIS #: <u>WAC: IOE8107735208</u>

To whom it may concern:

The purpose of this letter is to inform you that all the travel expenses acquired from Country of origin to the State of Georgia for the job offer have been reimbursed in full. These expenses include: lodge, transportation, and visa rights. If you have any questions, please contact the employer.

Visa $

Process /Lodging /meals$

Transportation $

Reimbursement Amount: $

A quien pueda interesar:

El propósito de esta carta es para informarle de que todos los gastos de viaje adquiridos por el país de origen al Estado de Georgia para la oferta de trabajo se han reembolsado en su totalidad. Estos gastos incluyen: albergue, transporte y derechos de visado. Si usted tiene alguna pregunta, por favor póngase en contacto con el empleador.

Visa $ 190

Proceso/Alojamiento /Biaticos $ 85

Transporte $ 170

Cantidad de Reembolso: $445

_____   15/02/21
Employee/Trabajador        Date/Fecha

_____   02-15-21
Employer/Patron        Date/Fecha

*Con mi firma en este formulario le estoy asegurando que toda la información sea exacta y se me ha reembolsado con todos los gastos y no se me debe dinero por mi empleador.*

## Initial Reimbursement Expenses

Dates of need: 1/10/2021- 10/10/2021

Case No.: H-300-20302-890520

USCIS #: <u>WAC: IOE8107735208</u>

To whom it may concern:

The purpose of this letter is to inform you that all the travel expenses acquired from Country of origin to the State of Georgia for the job offer have been reimbursed in full. These expenses include: lodge, transportation, and visa rights. If you have any questions, please contact the employer.

Visa $

Process /Lodging /meals$

Transportation $

Reimbursement Amount: $


A quien pueda interesar:

El propósito de esta carta es para informarle de que todos los gastos de viaje adquiridos por el país de origen al Estado de Georgia para la oferta de trabajo se han reembolsado en su totalidad. Estos gastos incluyen: albergue, transporte y derechos de visado. Si usted tiene alguna pregunta, por favor póngase en contacto con el empleador.

Visa $ 190

Proceso/Alojamiento /Biaticos $ 85

Transporte $ 170

Cantidad de Reembolso: $ 445


<u>Marcos Flores Reyes</u>   Marcos F. Reyes        15/02/21
Employee/Trabajador    Date/Fecha

<u>[signature]</u>                                        02-15-21
Employer/Patron    Date/Fecha

*Con mi firma en este formulario le estoy asegurando que toda la información sea exacta y se me ha reembolsado con todos los gastos y no se me debe dinero por mi empleador.*

## Initial Reimbursement Expenses

Dates of need: 1/10/2021- 10/10/2021

Case No.: H-300-20302-890520

USCIS #: <u>WAC: IOE8107735208</u>

To whom it may concern:

The purpose of this letter is to inform you that all the travel expenses acquired from Country of origin to the State of Georgia for the job offer have been reimbursed in full. These expenses include: lodge, transportation, and visa rights. If you have any questions, please contact the employer.

Visa $

Process /Lodging /meals $

Transportation $

Reimbursement Amount: $


A quien pueda interesar:

El propósito de esta carta es para informarle de que todos los gastos de viaje adquiridos por el país de origen al Estado de Georgia para la oferta de trabajo se han reembolsado en su totalidad. Estos gastos incluyen: albergue, transporte y derechos de visado. Si usted tiene alguna pregunta, por favor póngase en contacto con el empleador.

Visa $ 190 —

Proceso/Alojamiento /Biaticos $ 85 -

Transporte $ 170 —

Cantidad de Reembolso: $ 445 —

_____ 15/02/21
Employee/Trabajador          Date/Fecha

_____ 02-15-21
Employer/Patron          Date/Fecha

*Con mi firma en este formulario le estoy asegurando que toda la información sea exacta y se me ha reembolsado con todos los gastos y no se me debe dinero por mi empleador.*

## Initial Reimbursement Expenses

Dates of need: 1/10/2021- 10/10/2021

Case No.: H-300-20302-890520

USCIS #: <u>WAC: IOE8107735208</u>

To whom it may concern:

The purpose of this letter is to inform you that all the travel expenses acquired from Country of origin to the State of Georgia for the job offer have been reimbursed in full. These expenses include: lodge, transportation, and visa rights. If you have any questions, please contact the employer.

Visa $

Process /Lodging /meals$

Transportation $

Reimbursement Amount: $

A quien pueda interesar:

El propósito de esta carta es para informarle de que todos los gastos de viaje adquiridos por el país de origen al Estado de Georgia para la oferta de trabajo se han reembolsado en su totalidad. Estos gastos incluyen: albergue, transporte y derechos de visado. Si usted tiene alguna pregunta, por favor póngase en contacto con el empleador.

Visa $ 190 -

Proceso/Alojamiento /Biaticos $ 85 -

Transporte $ 170 -

Cantidad de Reembolso: $ 445 -

___JOEL Hernandez RAMOS___   J.H.R   15/02/21
Employee/Trabajador        Date/Fecha

_____   02-15-21
Employer/Patron        Date/Fecha

*Con mi firma en este formulario le estoy asegurando que toda la información sea exacta y se me ha reembolsado con todos los gastos y no se me debe dinero por mi empleador.*

## Initial Reimbursement Expenses

Dates of need: 1/10/2021- 10/10/2021

Case No.: H-300-20302-890520

USCIS #: <u>WAC: IOE8107735208</u>

To whom it may concern:

The purpose of this letter is to inform you that all the travel expenses acquired from Country of origin to the State of Georgia for the job offer have been reimbursed in full. These expenses include: lodge, transportation, and visa rights. If you have any questions, please contact the employer.

Visa $

Process /Lodging /meals $

Transportation $

Reimbursement Amount: $


A quien pueda interesar:

El propósito de esta carta es para informarle de que todos los gastos de viaje adquiridos por el país de origen al Estado de Georgia para la oferta de trabajo se han reembolsado en su totalidad. Estos gastos incluyen: albergue, transporte y derechos de visado. Si usted tiene alguna pregunta, por favor póngase en contacto con el empleador.

Visa $ 190.

Proceso/Alojamiento /Biaticos $ 85

Transporte $ 170

Cantidad de Reembolso: $ 445

_____Neymaelin Lopez Matos_____  15/02/21
Employee/Trabajador      Date/Fecha

_____  02-15-21
Employer/Patron     Date/Fecha

*Con mi firma en este formulario le estoy asegurando que toda la información sea exacta y se me ha reembolsado con todos los gastos y no se me debe dinero por mi empleador.*

## Initial Reimbursement Expenses

Dates of need: 1/10/2021- 10/10/2021

Case No.: H-300-20302-890520

USCIS #: <u>WAC: IOE8107735208</u>

To whom it may concern:

The purpose of this letter is to inform you that all the travel expenses acquired from Country of origin to the State of Georgia for the job offer have been reimbursed in full. These expenses include: lodge, transportation, and visa rights. If you have any questions, please contact the employer.

Visa $

Process /Lodging /meals$

Transportation $

Reimbursement Amount: $

A quien pueda interesar:

El propósito de esta carta es para informarle de que todos los gastos de viaje adquiridos por el país de origen al Estado de Georgia para la oferta de trabajo se han reembolsado en su totalidad. Estos gastos incluyen: albergue, transporte y derechos de visado. Si usted tiene alguna pregunta, por favor póngase en contacto con el empleador.

Visa $ 190.-

Proceso/Alojamiento /Biaticos $ 85.-

Transporte $ 170.-

Cantidad de Reembolso: $445.-

Agustin Miguel Cruz    15/02/21
Employee/Trabajador    Date/Fecha

_[signature]_    02-15-21
Employer/Patron    Date/Fecha

Con mi firma en este formulario le estoy asegurando que toda la información sea exacta y se me ha reembolsado con todos los gastos y no se me debe dinero por mi empleador.

## Initial Reimbursement Expenses

Dates of need: 1/10/2021- 10/10/2021

Case No.: H-300-20302-890520

USCIS #: <u>WAC: IOE8107735208</u>

To whom it may concern:

The purpose of this letter is to inform you that all the travel expenses acquired from Country of origin to the State of Georgia for the job offer have been reimbursed in full. These expenses include: lodge, transportation, and visa rights. If you have any questions, please contact the employer.

Visa $

Process /Lodging /meals$

Transportation $

Reimbursement Amount: $


A quien pueda interesar:

El propósito de esta carta es para informarle de que todos los gastos de viaje adquiridos por el país de origen al Estado de Georgia para la oferta de trabajo se han reembolsado en su totalidad. Estos gastos incluyen: albergue, transporte y derechos de visado. Si usted tiene alguna pregunta, por favor póngase en contacto con el empleador.

Visa $ 190

Proceso/Alojamiento /Biaticos $ 85

Transporte $ 170

Cantidad de Reembolso: $ 445

___Besenaldo Valentin Rodriguez Vazquez___  15/02/21
Employee/Trabajador               Date/Fecha

_____  02-15-21
Employer/Patron            Date/Fecha

Con mi firma en este formulario le estoy asegurando que toda la información sea exacta y se me ha reembolsado con todos los gastos y no se me debe dinero por mi empleador.

## Initial Reimbursement Expenses

Dates of need: 1/10/2021- 10/10/2021

Case No.: H-300-20302-890520

USCIS #: <u>WAC: IOE8107735208</u>

To whom it may concern:

The purpose of this letter is to inform you that all the travel expenses acquired from Country of origin to the State of Georgia for the job offer have been reimbursed in full. These expenses include: lodge, transportation, and visa rights. If you have any questions, please contact the employer.

Visa $

Process /Lodging /meals $

Transportation $

Reimbursement Amount: $

A quien pueda interesar:

El propósito de esta carta es para informarle de que todos los gastos de viaje adquiridos por el país de origen al Estado de Georgia para la oferta de trabajo se han reembolsado en su totalidad. Estos gastos incluyen: albergue, transporte y derechos de visado. Si usted tiene alguna pregunta, por favor póngase en contacto con el empleador.

Visa $ 190.-

Proceso/Alojamiento /Biaticos $ 85

Transporte $ 170.-

Cantidad de Reembolso: $445.-

Emmanuel Romero Grajales (Esq)   15/02/21
Employee/Trabajador     Date/Fecha

Employer/Patron     Date/Fecha     02-15-21

*Con mi firma en este formulario le estoy asegurando que toda la información sea exacta y se me ha reembolsado con todos los gastos y no se me debe dinero por mi empleador.*

## Initial Reimbursement Expenses

Dates of need: 1/10/2021- 10/10/2021

Case No.: H-300-20302-890520

USCIS #: <u>WAC: IOE8107735208</u>

To whom it may concern:

The purpose of this letter is to inform you that all the travel expenses acquired from Country of origin to the State of Georgia for the job offer have been reimbursed in full. These expenses include: lodge, transportation, and visa rights. If you have any questions, please contact the employer.

Visa $

Process /Lodging /meals$

Transportation $

Reimbursement Amount: $


A quien pueda interesar:

El propósito de esta carta es para informarle de que todos los gastos de viaje adquiridos por el país de origen al Estado de Georgia para la oferta de trabajo se han reembolsado en su totalidad. Estos gastos incluyen: albergue, transporte y derechos de visado. Si usted tiene alguna pregunta, por favor póngase en contacto con el empleador.

Visa $ 190 -

Proceso/Alojamiento /Biaticos $ 85 -

Transporte $ 170 -

Cantidad de Reembolso: $445 -

_Erick Zucuil Hernandez_ _____ 15/02/21
Employee/Trabajador        Date/Fecha

_[signature]_ _____ 02-15-21
Employer/Patron    Date/Fecha

_Con mi firma en este formulario le estoy asegurando que toda la información sea exacta y se me ha reembolsado con todos los gastos y no se me debe dinero por mi empleador._