**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | |
|---|---|
| EDWIN AGUILAR-ROBLERO, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 5:23-cv-10 |
| v. | |
| NERY RENE CARRILLO-NAJARRO, et al., | |
| Defendants. | |

## O R D E R

The parties jointly filed a Rule 26(f) Report.  Doc. 28.  In the Report, the parties explain Plaintiffs intend to amend their Complaint, and both parties intend to jointly move to stay this case pending a parallel criminal proceeding.  Id. at 4.  The Court **ORDERS** Plaintiffs to file their Amended Complaint and **ORDERS** the parties to file any proposed motion to stay the proceedings **on or before October 12, 2023**.  Additionally, the Court **STAYS** all discovery deadlines, pending resolution of the forthcoming motions to stay.

**SO ORDERED**, this 28th day of September, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA