**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| EDWIN AGUILAR-ROBLERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NERY RENE CARRILLO-NAJARRO, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 5:23-cv-10 |

**ORDER**

The Court previously stayed this case pending the outcome of a parallel criminal action, United States v. Patricio, Case No. 5:21-cr-9 (S.D. Ga. Oct. 4, 2021). Doc. 37. Plaintiffs filed a Motion to Lift Stay and to Extend Case Deadlines. Doc. 45. In their Motion, Plaintiffs explain that proceedings in United States v. Patricio have concluded. Id. at 5. Thus, Plaintiffs ask the Court to:

1. Lift the stay;
2. Vacate all remaining pre-stay deadlines;
3. Order the parties to hold a Federal Rule of Civil Procedure 26(f) conference and file a new Rule 26(f) report;
4. Issue a scheduling order; and
5. Order all remaining Defendants who have not already answered or otherwise responded to Plaintiffs' Amended Class Action Complaint to do so within 21 days of the entry of that scheduling order.

Id. at 8–9. Defendants have not filed any response to Plaintiffs' Motion, and the time to do so has expired.

Accordingly, the Court **GRANTS as unopposed** Plaintiffs' Motion. LR Civ. 7(b) ("Failure to timely respond shall indicate no opposition to a motion."). I **LIFT** the stay and **VACATE** all remaining pre-stay deadlines. I **ORDER** the parties to conduct a Rule 26(f) conference within 21 days of the date of this Order and to file a new Rule 26(f) report within 7 days of their conference. The parties are to use and fully complete the Rule 26(f) form for use in Judge Wood/Judge Cheesbro cases, which can be found on the Court's website. Upon receipt of the Rule 26(f) report, I will issue a scheduling order.

**SO ORDERED**, this 15th day of October, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA